UNITED STATES of America, Appellee,

v.

Francisco RAYGOZA–AGUAYO, Appellant.

No. 01–3939.

United States Court of Appeals, Eighth Circuit.

Submitted April 24, 2002.

Decided April 26, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Francisco Raygoza–Aguayo pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a) and (b), and was sentenced to 46 months in prison and 2 years supervised release. On appeal, he challenges the district court's[1] failure to grant a downward departure based on his status as an alien subject to removal.

As Raygoza acknowledges, his argument is foreclosed by *United States v. Cardosa–Rodriguez,* 241 F.3d 613, 614 (8th Cir. 2001) (deportable aliens' ineligibility for Bureau of Prisons benefits does not provide basis for downward departure in illegal-reentry cases).

---

1. The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.

Accordingly, we affirm.

A true copy.

---

1. The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.